IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SHASTA, a California municipality, by and through its agents; SHERIFF TOM BOSENKO, in his official capacity; Officer Mayra Morris, in her official capacity;  and Officer Ferrara, in her official capacity; HAVEN HUMANE SOCIETY, a California non-profit corporation; BLACK CORPORATIONS 1 - 100, inclusive; WHITE PARTNERSHIPS, 1 – 100, inclusive; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.   2:15-cv-01764-MCE-CMK<br><br>Order Re Request for Clarification |

Plaintiff may file his Second Amended Complaint not later than August 19, 2016.

IT IS SO ORDERED.

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order Re Plaintiff's Request for Clarification -- 1