UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENNETT, | No. 2:15-cv-01764-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

On July 13, 2016, the Court issued an order granting Defendants' Motions to Dismiss Plaintiff's First Amended Complaint ("FAC"). ECF NO. 39. The Court dismissed Plaintiff's First and Fifth Causes of Action without leave to amend, dismissed Plaintiff's Second and Fourth Causes of Action with leave to amend, and gave Plaintiff leave to amend his Third Cause of Action solely in order to state a claim that Defendant Haven Human Society violated his due process rights. Id. Presently before the Court is Plaintiff's Motion for Reconsideration. ECF No. 42. Plaintiff's Motion is DENIED.

Plaintiff purports to bring his Motion pursuant to either Rule 59(e) or Rule 60(d) of the Federal Rules of Civil Procedure.[1] Id. Neither rule provides a procedural vehicle for Plaintiff's Motion. Rule 59(e) is directed at a motion to "alter or amend a judgment." The

---

[1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure unless otherwise indicated.

1  Court's order dismissing the FAC is not a final judgment, but an interlocutory order.  See
2  Federal Civil Procedure Before Trial, 9th Circuit Edition (Rutter Group 2016), at § 9:303
3  (citing Perington Wholesale, Inc. v. Burger King Corp., 631 F.2d 1369, 1370 n. 2 (10th
4  Cir. 1979)).  Similarly, Rule 60(d) does not provide an avenue for reconsideration
5  because Plaintiff's Motion does not qualify as an independent action.  See Walnut Creek
6  Manor, LLC v. Mayhew Center, LLC, No. C 07-5664, 2013 WL 6491341 at *3 n. 2 (E.D.
7  Cal. Dec. 10, 2013) ("Dunivan has not filed an 'independent action here but, rather,
8  seeks relief from a prior order issued in this action." (emphasis in original)).
9       Even if Plaintiff provided the Court with a proper procedural vehicle for
10 reconsidering its Order, the Court would decline to do so.  Mere dissatisfaction with the
11 court's order, or belief that the court is wrong in its decision, is not grounds for relief.
12 Twentieth Century-Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981);
13 see also McAfee v. United States, No. CVF96-5720, CV 05-0438, 2005 WL 3287227 at
14 *1 (E.D. Cal. Nov. 23, 2005).  Accordingly, a district court may properly deny a motion for
15 reconsideration that simply reiterates an argument already presented by the petitioner.
16 Maraziti v. Thorpe, 52 F.3d 252, 255 (9th Cir. 1995).  Here, Plaintiff's Motion does
17 nothing more than ask the Court to rethink what it has already analyzed in depth, and
18 Plaintiff's dissatisfaction with the Court's conclusions does not provide a basis for
19 reconsideration.  Plaintiff's Motion (ECF No. 42) is therefore DENIED.
20       IT IS SO ORDERED.
21 Dated:  September 4, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE