IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENNETT, an individual, | |
| Plaintiff, | Case No. 2:15 – CV-01764 |
| v. | ORDER RE: JOINT STIPULATION TO ENLARGE THE BRIEFING SCHEDULE AND RESCHEDULE THE HEARING DATE RE DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE SECOND AMENDED COMPLAINT |
| THE COUNTY OF SHASTA, a California municipality, by and through its agents Richard Kuhns, Sheriff Tom Bosenko, Officer Morris and Officer Ferraro; LIEUTENANT MARK LILLIBRIDGE, an individual and agent of County of Shasta; CHIEF FISCAL OFFICER MIKE LINDSEY, an individual and agent of County of Shasta; HAVEN HUMANE SOCIETY, a California non-profit corporation; BLACK CORPORATIONS 1 - 100, inclusive; WHITE PARTNERSHIPS, 1 – 100, inclusive; and DOES 1-100, inclusive, | *Expedited Ruling Requested*<br><br>Current Hearing Date:<br>October 20, 2016<br>Proposed New Hearing Date:<br>November 10, 2016<br><br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>*Hon. Morrison C. England, Jr* |
| Defendants. | |

Based upon the Stipulation of the parties, and good cause appearing therefore,

///

ORDER RE: JOINT STIPULATION TO ENLARGE THE BRIEFING SCHEDULE AND RESCHEDULE THE HEARING DATE

1    IT IS HEREBY ORDERED that Plaintiff shall have through and including
2 October 24, 2016, to file Oppositions to Defendants' Motions to Dismiss and
3 Motions to Strike (ECF Nos. 50, 51, 52, and 53);
4    IT IS FURTHER ORDERED that Defendants County of Shasta and
5 individual Defendants, and Haven Humane Society may have until November 3,
6 2016 to file any Reply to the Oppositions;
7    IT IS FURTHER ORDERED that the hearing on Defendants' Motions to
8 Dismiss and Motions to Strike currently scheduled for October 20, 2016, shall be
9 rescheduled for November 17, 2016.
10    IT IS SO ORDERED.
11 Dated: October 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE: JOINT STIPULATION TO ENLARGE THE BRIEFING SCHEDULE AND RESCHEDULE THE HEARING DATE